ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 14 2012 ★

BROOKLYN OFFICE

Edward Maldonado

COMPLAINT

"Jury Trial Demanded"

NAME OF PLAINTIFF(S)

v.

Menacola Marketing, Inc.,
Ricardo Phillip.

CV 12-6236

MAUSKOPF, J.

BLOOM, M.J.

NAME OF DEFENDANT(S)

This action is brought for discrimination in employment pursuant to (check only those that apply):

__✓__  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
**NOTE:** *In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

_____  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592, the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

_____  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117 (amended by the ADA Amendments Act of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under New York law.

1. Plaintiff resides at:

_8640 24th Ave Apt # 2R_
Street Address

_Kings_, _NY_, _11214_, _917-283-7303_
County    State    Zip Code    Telephone Number

2. Defendant(s) resides at, or its business is located at:

_69-14 New Utrecht Avenue_
Street Address

_Kings_    _Brooklyn_    _NY_    _11214_
County    City    State    Zip Code

3. The address at which I sought employment or was employed by the defendant(s) is:

_69-14 New Utrecht Avenue_
Street Address

_Kings_, _Brooklyn_, _NY_, _11214_
County    City    State    Zip Code

4.  The discriminatory conduct of which I complain in this action includes *(check only those that apply).*

    ____ Failure to hire.

    _X_ Termination of my employment.

    ____ Failure to promote.

    ____ Failure to accommodate my disability.

    ____ Unequal terms and conditions of my employment.

    ____ Retaliation

    _X_ Other acts (specify): Race Discrimination

    **NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

5.  It is my best recollection that the alleged discriminatory acts occurred on:
    9-19-2011, 9-20-11, 9-21-2011
    Date(s)

6.  I believe that the defendant(s) *(check one)*

    ____ is still committing these acts against me.

    _X_ is **not** still committing these acts against me.

7.  Defendant(s) discriminated against me based on my:
    *(check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged)*

    [X] race _____    [ ] color _____

    [ ] gender/sex _____   [ ] religion _____

    [X] national origin _____

    [ ] disability _____

    [ ] age. If age is checked, answer the following:

    I was born in _____. At the time(s) defendant(s) discriminated against me,
                  Year
    I was [ ] more [ ] less than 40 years old. *(check one).*

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

8. The facts of my case are as follows:

I Edward Maldonado was employed by Menacola Marketing Inc. as a telemarketer. On or around September 19, 2011 Ricardo Phillip was a Manager where he would train new employees. On or around September 20, 2011 I was asked by the manager Ricardo Phillip where I was from when I told him Brooklyn I realized that wasn't what he was asking me, I then responded with I'm Puerto Rican it's when he said you sound as if you have an accent. Ricardo Phillip asked me to sound more "white when you're Speaking to these people, remember they're from New Hampshire" (See Attached)

*(Attach additional sheets as necessary)*

**NOTE:** *As additional support for your claim, you may attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights, or the New York City Commission on Human Rights.*

9. It is my best recollection that I filed a charge with the New York State Division of Human Rights or the New York City Commission on Human Rights regarding defendant's alleged discriminatory conduct on: **November 1, 2011**.
   Date

10. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: _____.
    Date

-4-

Ricardo Phillip then had me Edward Maldonado monitor his phone calls, and after several calls said to me "thats how you have to speak to these people". On or around September, 21 2011 After several calls I, Edward Maldonado was asked to hang up the phone and was told by Ricardo Phillip I didn't make the transition he had asked me to make, and furthermore said "This job isn't for everybody and don't worry I got you with a letter of recommendation, if you want; I'll hook it up and was told to come back the following week to pick up my check.

Respectfully,
Edward Maldonado

**Only litigants alleging age discrimination must answer Question #11.**

11. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

    _____ 60 days or more have elapsed.

    _____ less than 60 days have elapsed.

12. The Equal Employment Opportunity Commission *(check one)*:

    _____ has <u>not</u> issued a Right to Sue letter.

    __X__ has issued a Right to Sue letter, which I received on __October, 4 2012__.
    Date

**NOTE:** Attach a copy of the Right to Sue Letter from the Equal Employment Opportunity Commission to this complaint.

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney's fees.

*[signature]*
PLAINTIFF'S SIGNATURE

Dated: __December, 12, 2012__

__8640 24th Avenue Apt # 2R__
Address
__Brooklyn, NY 11214__

__917-283-7303__
Phone Number

rev. 5/1/12

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Edward Maldonado<br>8640 24th Avenue, Apt 2r<br>Brooklyn, NY 11214 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

[ ]    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16F-2012-00017 | Holly M. Woodyard,<br>Investigator | (212) 336-3643 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (*briefly state*)

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*

Kevin J. Berry,
**District Director**

October 4, 2012
*(Date Mailed)*

Enclosures(s)

cc:

MENACOLA MARKETING, INC.
69-14 New Utrecht Avenue
Brooklyn, NY 11214
Attn: Director of Personnel

Joseph C. Valente, Esq.
Law Office of Thaniel J. Beinert
155 Bay Ridge Ave.
Brooklyn, NY 11220