UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWARD MALDONADO,

                Plaintiff,

  - against -

MENACOLA MARKETING, INC. AND
RICARDO PHILLIPS

                Defendants.
------------------------------------------------------------X

**JUDGMENT**
12–CV–6236 (RRM) (LB)

      A Memorandum and Order of the undersigned having been filed this day dismissing the complaint, it is

      ORDERED, ADJUDGED AND DECREED that the complaint is dismissed pursuant to Fed. R. Civ. P. 41(b). The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal.

Dated: Brooklyn, New York
       September 12, 2013

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge